

Rose Cordero Prey
Tel 212.801.6473
Fax 212.801.6400
preyr@gtlaw.com

**VIA ECF**

March 11, 2021

District Judge Lewis J. Liman
United States District Court for the
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

    Re:    *Sean Combs v. GBG Sean John LLC, GBG USA Inc., Missguided Limited, and Missguided USA (Finance) Inc.*, Case No. 1:21-cv-00996-LJL (S.D.N.Y.)

Dear Judge Liman:

This firm represents Defendants GBG Sean John LLC and GBG USA Inc. ("GBG Defendants") in the above-referenced action. In accordance with Your Honor's Individual Practices, I write this letter motion to respectfully request that the deadline for the GBG Defendants to respond to the Complaint be extended by two weeks, from March 15, 2021 to March 29, 2021. Plaintiff consented to this extension on March 10, 2021.

GBG Defendants request this extension to allow sufficient time to investigate and address Plaintiff's allegations. GBG Defendants have not made any previous requests for an extension of time. This extension does not affect any other scheduled dates in this case. Our next appearance before the Court is for an Initial Pretrial Conference on April 16, 2021.

Respectfully submitted,

*/s/ Rose Cordero Prey*
Rose Cordero Prey
Shareholder


cc: Sabina Vayner, Greenberg Traurig, LLP (*pro hac vice* to be filed)

**Greenberg Traurig, LLP | Attorneys at Law**
MetLife Building | 200 Park Avenue | New York, New York 10166 | T +1 212.801.9200 | F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City.
Miami. Milan. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco.
Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; *A separate UK registered legal entity; ≠Greenberg Traurig, S.C.; ºGreenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ^A branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ˜Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com