# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SEAN COMBS,                                       :
                                                  :
                          Plaintiff,              :   21-cv-00996 (LJL)
                                                  :
            v.                                    :
                                                  :   [Proposed]
GBG SEAN JOHN LLC, GBG USA INC.,                  :   90-DAY STAY ORDER
MISSGUIDED LIMITED, and MISSGUIDED USA            :
(FINANCE) INC.,                                   :
                                                  :
                          Defendants.             :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

LEWIS J. LIMAN, United States District Judge:

Upon review of the joint letter motion, dated September 21, 2021, for a stay of the above-captioned action, which was submitted by counsel for Plaintiff Sean Combs and Defendants GBG Sean John LLC and GBG USA Inc., and finding good cause for the relief requested therein, it is hereby Ordered as follows:

The action is hereby stayed for ninety (90) days for all purposes, inclusive of all discovery and pre-trial dates set in the Amended Scheduling Order [Dkt. No. 41].

No later than thirty (30) days before the expiration of the stay, the parties shall jointly write to the Court to provide a status of *In re GBG USA Inc.*, Case No. 21-11369 (MEW) (Bankr. S.D.N.Y. July 29, 2021), including whether additional time is needed to conclude the bankruptcy process as it impacts proceedings in this action.

**SO ORDERED.**

_____
LEWIS J. LIMAN
United States District Judge

September 23, 2021
Dated
New York, NY