**JONATHAN D. DAVIS, P.C.**
ATTORNEYS AT LAW

10 ROCKEFELLER PLAZA
SUITE 1015
NEW YORK, NEW YORK 10020

TEL: (212) 687-5464
FAX: (212) 697-2521
WWW.JDDAVISPC.COM

December 22, 2021

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court
500 Pearl Street, Room 701
New York, New York 10007

      Re: *Combs v. GBG Sean John LLC* (No. 21-cv-00996 (LJL))

Dear Judge Liman:

      We are counsel to Plaintiff Sean Combs in the above-referenced action against Defendants GBG Sean John LLC ("GBGSJ"), GBG USA Inc. ("GBG USA," together with GBGSJ, "GBG"), Missguided Limited, and Missguided USA (Finance) Inc.

      On November 22, 2021, Mr. Combs and GBG (collectively, the "Parties") submitted a joint status letter to the Court regarding *In re GBG USA Inc.*, Case No. 21-11369 (MEW) (Bankr. S.D.N.Y. July 29, 2021), in accordance with this Court's 90-Day Stay Order (Dkt. No. 50). The Parties sought a 30-day extension of the stay, which was granted by your Honor (Dkt. No. 52).

      On behalf of Mr. Combs, we write to inform the Court that on December 1, 2021, GBGSJ filed for protection under Chapter 11 of the U.S. Bankruptcy Code ("Code") in the U.S. Bankruptcy Court for the Southern District of New York, *In re GBG Sean John LLC*, Case No. 21-12016.

      As a consequence of GBGSJ's filing, as in the case of GBG USA's filing, all actions and proceedings, including this one, are automatically stayed against GBGSJ under § 362 of the Code.

      If the Court needs any further information or details, we will promptly respond. Thank you in advance for your consideration of this letter.

      Respectfully submitted,

      */s/ Jonathan D. Davis*

      Jonathan D. Davis

cc: Rose Cordero Prey, Esq. and Sabina A. Vayner, Esq. (All Via ECF)