# JONATHAN D. DAVIS, P.C.
ATTORNEYS AT LAW

1 ROCKEFELLER PLAZA
SUITE 1712
NEW YORK, NEW YORK 10020

TEL: (212) 687-5464
FAX: (212) 697-2521
WWW.JDDAVISPC.COM

September 21, 2023

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
500 Pearl Street, Court Room 1920
New York, New York 10007

Re: *Combs v. GBG Sean John LLC* (No. 21-cv-00996 (JLR))

Dear Judge Rochon:

We are counsel to Plaintiff Sean Combs in the above-referenced action against Defendants GBG Sean John LLC ("GBGSJ"), GBG USA Inc. ("GBG USA," together with GBGSJ, "GBG"), Missguided Limited, and Missguided USA (Finance) Inc.

Counsel for Plaintiff and GBG jointly submit this status letter in accordance with the Court's Order, dated January 18, 2023 (Dkt. No. 63). This letter is an update of our last status letter, dated May 17, 2023.

The Chapter 11 bankruptcy proceeding filed by GBGSJ remains pending in the U.S. Bankruptcy Court for the Southern District of New York. *In re GBG Sean John LLC*, Case No. 21-12016 (Bankr. S.D.N.Y. filed Dec. 1, 2021). As a correction to our prior reports, when the liquidating plan for the debtors ("Plan"), including GBGSJ, was confirmed by the U.S. Bankruptcy Court's order dated February 3, 2022 [Dkt. No. 518], the automatic stay was replaced by the injunction provisions in Article 12 of the Plan and Paragraphs 21 and 22 of the Plan confirmation Order. The injunctions have the same effect on the action as the automatic stay, except that they are permanent. We are considering a dismissal of the action, provided it is without prejudice to the rights of the Plaintiffs under the Plan.

The Honorable Jennifer L. Rochon
September 21, 2023
Page 2

      As previously directed, the parties will provide the Court with continued status letters or advise the Court of the parties' dismissal of the action. If the Court desires further information, such as it may exist, the parties will promptly respond.

                                                    Respectfully submitted,

                                                    */s/ Jonathan D. Davis*

                                                    Jonathan D. Davis

cc:   Rose Cordero Prey, Esq.
       Sabina A. Vayner, Esq.
       (All Via ECF)