UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
------------------------------x
SEAN COMBS,                   :
                              :  Case No. 21-cv-00996 (JLR)
              Plaintiff,      :
                              :  STIPULATION OF VOLUNTARY
       v.                     :  DISMISSAL WITHOUT PREJUDICE
                              :  AS TO GBG SEAN JOHN LLC
GBG SEAN JOHN LLC, GBG USA INC., : AND GBG USA INC.
MISSGUIDED LIMITED, and MISSGUIDED :
USA (FINANCE) INC.,           :
                              :
              Defendants.     :
------------------------------x
```

**IT IS HEREBY STIPULATED AND AGREED,** by the undersigned counsel for Plaintiff Sean Combs ("Plaintiff") and Defendants GBG Sean John LLC and GBG USA Inc. (collectively, the "GBG Defendants") in the above-captioned action ("Action") that, pursuant to Fed. R. Civ. P. 41, this Action, including all claims and counterclaims, is hereby dismissed **without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as to the GBG Defendants.

For the avoidance of doubt, (1) Plaintiff's rights under the Plan in the bankruptcy action entitled *In re GBG USA Inc., et al.*, Case No. 21-11369 (Bankr. S.D.N.Y. filed July 29, 2021) or (2) Plaintiff's rights to seek recovery for the claims at issue in the Action, whether that recovery is sought under the Plan, by re-filing an action, or by any other means, all remain expressly reserved and preserved.

Dated:   June 24, 2024
         New York, New York

| | |
|---|---|
| JONATHAN D. DAVIS, P.C.<br><br>By: _____<br>Jonathan D. Davis<br>1 Rockefeller Plaza<br>Suite 1712<br>New York, New York 10020<br>(212) 687-5464<br>jdd@jddavispc.com<br><br>*Attorneys for Plaintiff* | GREENBERG TRAURIG, LLP<br><br>By: _____<br>Sabina A. Vayner (admitted *pro hac vice*)<br>Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, Georgia 30305<br>(678) 553-2409<br>sabina@gtlaw.com<br><br>    -and-<br><br>Rose Cordero Prey<br>One Vanderbilt Avenue<br>New York, New York 10017<br>(212) 801-9200<br>preyr@gtlaw.com<br><br>*Attorneys for the GBG Defendants* |