## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------x
SEAN COMBS,                    :
                               :  Case No. 21-cv-00996 (JLR)
                Plaintiff,     :
                               :
        v.                     :  STIPULATION OF VOLUNTARY
                               :  DISMISSAL WITHOUT PREJUDICE
                               :  AS TO GBG SEAN JOHN LLC
GBG SEAN JOHN LLC, GBG USA INC.,  :  AND GBG USA INC.
MISSGUIDED LIMITED, and MISSGUIDED :
USA (FINANCE) INC.,            :
                               :
                Defendants.    :
------------------------------x
```

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel for Plaintiff Sean Combs ("Plaintiff") and Defendants GBG Sean John LLC and GBG USA Inc. (collectively, the "GBG Defendants") in the above-captioned action ("Action") that, pursuant to Fed. R. Civ. P. 41, this Action, including all claims and counterclaims, is hereby dismissed **without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as to the GBG Defendants.

For the avoidance of doubt, (1) Plaintiff's rights under the Plan in the bankruptcy action entitled *In re GBG USA Inc., et al.*, Case No. 21-11369 (Bankr. S.D.N.Y. filed July 29, 2021) or (2) Plaintiff's rights to seek recovery for the claims at issue in the Action, whether that recovery is sought under the Plan, by re-filing an action, or by any other means, all remain expressly reserved and preserved.

Dated: June 24, 2024
       New York, New York

| JONATHAN D. DAVIS, P.C. | GREENBERG TRAURIG, LLP |
|---|---|
| By: _____ <br> Jonathan D. Davis <br> 1 Rockefeller Plaza <br> Suite 1712 <br> New York, New York 10020 <br> (212) 687-5464 <br> jdd@jddavispc.com | By: _____ <br> Sabina A. Vayner (admitted *pro hac vice*) <br> Terminus 200 <br> 3333 Piedmont Road NE, Suite 2500 <br> Atlanta, Georgia 30305 <br> (678) 553-2409 <br> sabina@gtlaw.com |
| *Attorneys for Plaintiff* | -and- <br><br> Rose Cordero Prey <br> One Vanderbilt Avenue <br> New York, New York 10017 <br> (212) 801-9200 <br> preyr@gtlaw.com <br><br> *Attorneys for the GBG Defendants* |

So Ordered. The case is voluntarily dismissed without prejudice against Defendants GBG Sean John LLC and GBG USA Inc.

The Court is also in receipt of Plaintiff's notice of voluntary dismissal as to Defendants Missguided Limited and Missguided USA (Finance) Inc. (Dkt. 73). However, Plaintiff's notice was filed incorrectly. By July 3, 2024, Plaintiff shall refile his notice of voluntary dismissal to address the deficiencies identified by the Clerk of Court.

Dated: July 1, 2024
      New York, New York

**SO ORDERED.**

_____
**JENNIFER L. ROCHON**
**United States District Judge**