UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
SEAN COMBS,  :
                   Plaintiff,  :  Case No. 21-cv-00996 (JLR)
:
            v.  :  NOTICE OF VOLUNTARY
:  DISMISSAL WITHOUT PREJUDICE
GBG SEAN JOHN LLC, GBG USA INC.,  :  AS TO MISSGUIDED LIMITED AND
MISSGUIDED LIMITED, and MISSGUIDED  :  <u>MISSGUIDED USA (FINANCE) INC.</u>
USA (FINANCE) INC.,  :
:
                Defendants.  :
---------------------------------------x

**PLEASE TAKE NOTICE** that, by his undersigned counsel, Plaintiff Sean Combs ("<u>Plaintiff</u>") in the above-captioned action ("<u>Action</u>") hereby gives notice, pursuant to Fed. R. Civ. P. 41, that this Action, including all claims and counterclaims, is hereby dismissed **without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Defendants Missguided Limited and Missguided USA (Finance) Inc.

For the avoidance of doubt, (1) Plaintiff's rights under the Plan in the bankruptcy action entitled *In re GBG USA Inc., et al.*, Case No. 21-11369 (Bankr. S.D.N.Y. filed July 29, 2021) or (2) Plaintiff's rights to seek recovery for the claims at issue in the Action, whether that recovery is sought under the Plan, by re-filing an action, or by any other means, all remain expressly reserved and preserved.

Dated: July 3, 2024
       New York, New York

JONATHAN D. DAVIS, P.C.

By: _____
    Jonathan D. Davis

So Ordered. The case is voluntarily dismissed without prejudice against Defendants Missguided Limited and Missguided USA (Finance) Inc.

Because no defendants remain, the Clerk of Court is respectfully directed to close the case. **SO ORDERED.**

Dated: July 8, 2024
       New York, New York

_____
**JENNIFER L. ROCHON**
**United States District Judge**

1 Rockefeller Plaza
Suite 1712
New York, New York 10020
(212) 687-5464
jdd@jddavispc.com

*Attorneys for Plaintiff*